IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ZAID COLEMAN,<br><br>    Defendant. | No. CR 14-174 CRB<br><br>**ORDER TO SHOW CAUSE RE: JOHNSON CLAIM RAISED IN SECTION 2255 MOTION** |

Zaid Coleman moves under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence, arguing that it has been rendered invalid by Johnson v. United States, 135 S. Ct. 2551 (2015). The government is hereby ORDERED to show cause why Coleman's § 2255 motion should not be granted. The government is ORDERED to respond within 60 days from the entry of this Order. Coleman shall file a reply brief not later than 30 days after the government's response.

**IT IS SO ORDERED.**

Dated: June 1, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE