IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.  ZAID COLEMAN,   Defendant. | No. CR 14-174 CRB  **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

Mr. Coleman requested a certificate of appealability under 28 U.S.C. Section 2253(c), which requires that he have "have made a substantial showing of the denial of constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in its order denying relief under Section 2255, Mr. Coleman has not made that showing. See Order (dkt. 40). The Court DENIES the request.

**IT IS SO ORDERED.**

Dated: November 23, 2016



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE